```
                     UNITED STATES DISTRICT COURT
                       DISTRICT OF CONNECTICUT
```

BRUCE SCHUPP,                         :
                                      :
    Plaintiff,                        :
                                      :
    v.                                :     CASE NO.  3:12cv618(DFM)
                                      :
MICHAEL ASTRUE,                       :
COMMISSIONER OF SOCIAL                :
SECURITY,                             :
                                      :
    Defendant.                        :

                            SCHEDULING ORDER

    Unless otherwise ordered by the Court, the parties shall adhere to the following deadlines:

    (a) Within 60 days after the Commissioner files an answer, the plaintiff must serve and file a Motion for Order Reversing the Commissioner's Decision, or for other relief and a supporting memorandum.

    (b) Within 60 days after the plaintiff files his motion, the Commissioner must serve and file a Motion for Order Affirming the Decision of the Commissioner or for other relief, and a supporting memorandum.

    (c) After seven months from the filing of the complaint, if there is no action by either party, a Local Rule 41a notice will issue.

    (d) Any Motion for Attorney Fees under Equal Access to Justice Act, 28 U.S.C. § 2412, shall be filed no later than 60 days from entry of final judgment.

    SO ORDERED at Hartford, Connecticut this 23rd day of July, 2012.

```
                              _____/s/_____
                              Donna F. Martinez
                              United States Magistrate Judge
```